CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Email: Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-CR-00308 EMC |
|     Plaintiff, | **NOTICE OF DISMISSAL** |
|   v. | |
| YESSENIA MARGARITA BARRIENTOS-LAINEZ, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Information against YESSENIA MARGARITA BARRIENTOS-LAINEZ (Dkt. 32), without prejudice.

DATED: September 12, 2025                      Respectfully submitted,

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney


                                                     /s/ *Martha Boersch*
                                                   MARTHA BOERSCH
                                                   Chief, Criminal Division

1  Leave is granted to the government to dismiss the Information pending against YESSENIA
2  MARGARITA BARRIENTOS-LAINEZ (Dkt. 32), without prejudice.

Date: September ____, 2025

_____
HON. EDWARD M. CHEN
United States District Judge